# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19mj2797 | UNITED STATES vs. MILLAN-VEGA | |
| Hearing Date: | 8/22/2019 | Time In and Out: | 10:04 a.m./10:09 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Tristan Cadman | Defendant's Counsel: | Melissa Morris for this hrg only |
| AUSA: | Michael Murphy | Pretrial/Probation: | D. Maruffo |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing   on Friday, August 23, 2019   @ 9:30

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☒ Defendant detained pending hearing
- ☐ Conditions

### Other

- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐