# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19mj2797 | UNITED STATES vs. CADMAN | |
| Hearing Date: | 8/23/2019 | Time In and Out: | 9:39 a.m./9:44 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Tristian Cadman | Defendant's Counsel: | Jeffrey Buckels |
| AUSA: | Joseph Spindle | Pretrial/Probation: | D. Ramos |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain   ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☐ Court finds probable cause   ☐ Court does not find probable cause

### Detention

- ☒ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐