FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 11 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-3105 MV |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1153 and 1111: |
| ) | First Degree Murder; 18 U.S.C. § 2: |
| **TRISTIAN CADMAN**, ) | Aiding and Abetting; |
| ) | |
| Defendant. ) | Count 2: 18 U.S.C. §§ 924(c)(1)(A)(iii) |
| ) | and (j)(1): Using and Carrying a Firearm |
| ) | During and in Relation to a Crime of |
| ) | Violence, and Possessing a Firearm in |
| ) | Furtherance of Such Crime; Discharging |
| ) | Said Firearm, Resulting in Death. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about August 21, 2019, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, **TRISTIAN CADMAN**, an Indian, unlawfully killed John Doe with malice aforethought, in that the defendant killed John Doe willfully, deliberately, maliciously, with premeditation, and in the perpetration of a robbery, by shooting John Doe with a firearm.

In violation of 18 U.S.C. §§ 1153, 1111, and 2.

Count 2

On or about August 21, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **TRISTIAN CADMAN**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, murder as charged in Count 1 of this indictment, and possessed said firearm in furtherance of such crime, and the firearm was discharged, causing the death of John Doe.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and (j)(1).

A TRUE BILL:

<u>          /s/                              </u>
FOREPERSON OF THE GRAND JURY

<u>                                            </u>
Assistant United States Attorney

9/2/19   10:10 am