# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 19cr3105 MV | UNITED STATES vs. CADMAN | |
| Hearing Date: | 9/18/2019 | Time In and Out: | 10:28 a.m./10:31 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Digital Recording: | Rio Grande |
| Defendant: | Tristian Cadman | Defendant's Counsel: | Jeffrey Buckels |
| AUSA: | Eva Fontanez | Pretrial/Probation: | |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Tuesday, October 08, 2019
- ☒ Discovery Order electronically entered    ☐ Discovery Order previously entered
- ☒ Case assigned to: Judge Vazquez
- ☒ Trial will be scheduled by presiding judge    ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☐ Defendant
- ☐ Conditions

## Other

- ☐