IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                            No. CR 19-3105-MV

TRISTIAN CADMAN,

        Defendant,

**UNOPPOSED MOTION TO SUBMIT DEFENSE SENTENCING MEMORANDUM AND RESPONSE TO GOVERNMENT'S <u>SENTENCING MEMORANDUM UNDER SEAL</u>**

COMES NOW Defendant Tristian Cadman, through his attorney, Jeffrey J. Buckels, and moves this Court for an order permitting counsel to file a sentencing memorandum and response to the Government's sentencing memorandum under seal.

The Government, per AUSA Joseph Spindle, does not oppose this motion.

U.S. Probation filed the Presentence Report herein on January 28. [Doc. 35]. The Government filed its Sentencing Memorandum on Febuary 11. [Doc. 37]. Hence, the defense sentencing memo and response to the Government's are both due to be filed on or before February 18. The defense sentencing memo will include as an attachment a forensic evaluation of Mr. Cadman completed by Dr. Simone Viljoen PhD. This is a medical record. Moreover, counsel will make

reference to details and conclusions of this evaluation in the body of the defense memo. These confidential matters should only be available to the necessary parties, to wit, the Government, U.S. Probation, and this Court.

WHEREFORE, the defense requests relief as set forth hereinbefore.

Respectfully Submitted,

*Electronically filed 2/11/21*

/s/ Jeffrey J. Buckels
Jeffrey J. Buckels
Attorney for Mr. Cadman

2410 Venetian Way SW
Albuquerque NM 87106
(505) 363-4609 Phone
(866) 848-6905 Fax
jeffbuck7@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically submitted on this 11th day of February, 2021, and thus served on opposing counsel, to wit:

Joseph Spindle, AUSA
P.O. Box 607
Albuquerque NM 87102-3305
(505) 346-7274 Phone
(505) 346-7296 Fax

/s/ Jeffrey J. Buckels
Jeffrey J. Buckels