IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                         No. CR 19-3105-MV

TRISTIAN CADMAN,

        Defendant,

## ORDER GRANTING MOTION TO FILE SENTENCING MEMO UNDER SEAL

For good cause shown in the premises, Defendant Cadman's motion to file the defense sentencing memorandum under seal is granted.

So ordered.

_____
UNITED STATES DISTRICT JUDGE

Prepared by and approved:

Jeffrey Bucklels
Counsel for Cadman

Approved:

Joseph Spindle, AUSA