UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| CR No. | 19-3105-MV | | USA vs. | Cadman | |
|---|---|---|---|---|---|
| Date: | April 29, 2021 | | Name of Deft: | Tristian Cadman | |
| Before the Honorable | | Martha Vázquez | | | |

| Time In/Out: | 9:55 a.m. / 12:30 p.m. | | Total Time in Court (for JS10): | 2 hours, 35 minutes | |
|---|---|---|---|---|---|
| Clerk: | Linda Romero | | Court Reporter: | Carmela McAlister | |
| AUSA: | Joseph Spindle | | Defendant's Counsel: | Jeffrey Buckels | |
| Sentencing in: | Santa Fe, New Mexico | | Interpreter: | | |
| Probation Officer: | Jason Hunt | | Sworn? | Yes | No |
| Convicted on: | X Plea | Verdict | As to: | X Information | Indictment |
| If Plea: | X Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **Counts 1 and 2** | |
| If Plea Agreement: | X Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 11/24/20 | | PSR: | X Not Disputed | Disputed |
| PSR: | X Court Adopts PSR Findings | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP):  48 months as to Count 1, 120 months as to Count 2, to be run consecutive to Count 1, for a total term of imprisonment of 168 months. |
|---|---|

| Supervised Release: | 5 years as to each count, to be run concurrently | Probation: | | X | 500-Hour Drug Program |
|---|---|---|---|---|---|
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable | |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for         months         days |
| X | Substance abuse testing (up to 60 tests per year) | X | Community service for   100 hours during term of supervision | |
| X | Substance abuse treatment program, inpatient substance abuse treatment program if deemed necessary upon release (waive confidentiality) | X | Reside residential reentry center for up to 6 months | |
| X | Mental health treatment program (waive confidentiality) | | Register as sex offender | |
| X | No alcohol/intoxicants (up to 4 tests per day) | | Participate in sex offender treatment program | |
| X | Submit to search of person/property | | Possess no sexual material | |
| X | No contact with victim(s) and co-Deft(s) | | No computer with access to online services | |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years | |
| | Provide financial information | | No volunteering where children supervised | |
| X | Educational or vocational program | | Restricted from occupation with access to children | |
| X | No psychoactive substances | | No loitering within 100 feet of school yards | |
| X | OTHER: Take all prescribed mental health medication. | | | |

| Fine: | $ 0 | | Restitution:  $ | **$6,000 to NM Crime Victim Reparation Commission.   Monthly installments of $50 or 10% of income, whichever is greater.   No interest or penalties.** |
|---|---|---|---|---|
| SPA: | $ 200 | ($100 as to each Count) | Payment Schedule: | X Due Imm. | Waived |
| OTHER: | Forfeiture | | | |

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement | |
|---|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender | |
| X | Recommended place(s) of incarceration: | | FCI Phoenix, the Court requests classification at lowest security level that is appropriate | |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

|  |  |
|---|---|
| Dismissed Counts: |  |

| OTHER COMMENTS | Court addresses defendant.   Defendant introduces family members present in the courtroom.   Government counsel addresses Court regarding upward variance and sentencing.   Victim AG's parents address the Court via Zoom.   Victim AB addresses Court via Zoom.   Defendant addresses Court.   Defense counsel addresses Court regarding upward variance and sentencing.   Court addresses defendant.   Court addresses victim and victim's family.   Court addresses defendant and imposes sentence.   Government objects to Court's sentence.   Court responds to Government's objections. |
|---|---|